331 F.2d 851
 Cameron H. STEWART, Appellant
v.
UNION RAILROAD COMPANY, a corporation.
 No. 14693.
 United States Court of Appeals Third Circuit.
 Argued May 19, 1964.
Decided May 29, 1964.
 
 Paul F. Laughlin, Pittsburgh, Pa., (McArdle, Harrington, Feeney & McLaughlin, Pittsburgh, Pa., on the brief), for appellant.
 James R. Orr, Pittsburgh, Pa. (Reed, Smith, Shaw & McClay, Pittsburgh, Pa., on the brief), for appellee.
 Before KALODNER, GANEY and SMITH, Circuit Judges.
 PER CURIAM.
 
 
 1
 On review of the record we find no error. The judgment of the District Court of October 30, 1963, will be affirmed.